**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| KAIBURR SYSTEMS LLC )<br><br>    Plaintiff, )<br><br>        - against - )<br><br>TOWER 05, INC. )<br><br>    Defendant. ) | Civil Action No.:<br>**1:22-CV-399 GLS/TWD** |

---

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff voluntarily dismisses the above-captioned action and Defendant voluntarily dismisses its counter-claims, without prejudice, with each party to bear its own costs, except that the Court shall retain jurisdiction for the purposes of interpretation and enforcement of the terms of the parties' settlement agreement and Defendant's executed and notarized confession of judgment, dated as of July 31, 2024.

Dated: New York, New York
            August 19, 2024

Respectfully submitted,

By: /s/ Justin S Stern                          By: /s/ Scott C. Paton

Justin S Stern                                        Scott C. Paton
FRIGON MAHER & STERN LLP             HODGSON RUSS LLP
845 Third Ave., Suite 600                    677 Broadway, Suite 401
New York, NY 10022                            Albany, New York 12207

*Attorneys for Plaintiff Kaiburr Systems LLC*     *Attorneys for Defendant Tower 05, Inc.*

**IT IS SO ORDERED:**

Mae A. D'Agostino
U.S. District Judge